**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JHONSI ALLAN CABRERA,<br>A- 220-807-025, | No.  1:25-CV-02029-DC-DMC |
| Petitioner, | <u>ORDER</u> |
| v. | |
| KRISTI NOEM, et.al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. On January 13, 2026, Respondents were ordered to file a response to the petition within 60 days. <u>See</u> ECF No. 9. On March 17, 2026, Petitioner filed a response to the Court's order, noting that Respondents failed to file a response in accordance with the Court's order and requesting the Court treat such failure as a non-opposition. <u>See</u> ECF No. 11. Respondents then filed a response, stating Respondents "still oppose the Petition for all of the reasons set forth in their pleading filed on December 31, 2025." ECF No. 12. Accordingly, Petitioner may file a traverse/reply to ECF No. 12 within 30 days of the date of this Order.

IT IS SO ORDERED.

Dated:  March 18, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1